BRIDGEPORT BRASS COMPANY, complainant,

*v.*

FEUSER & SULLIVAN, INCORPORATED, a corporation, defendant; GREEN & GREEN, appellants.

[Argued February term, 1936. Decided April 24th, 1936.]

*Messrs. Green & Green, pro se,* for the appellants.

*Mr. Michael G. Alenick,* for Feuser & Sullivan, Incorporated.

PER CURIAM.

The appeal is from an order denying an application ·for counsel fee in resisting an adjudication of insolvency, and from an order denying a claim for alleged services in collecting certain accounts receivable of the defendant corporation.

A careful examination of the record satisfies us that the orders complained of were entered pursuant to the exercise of a sound discretion and they are, therefore, affirmed.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.